UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICK MANNA, on behalf of himself and all others similarly situated,<br><br>        *Plaintiff*,<br><br>  v.<br><br>KONINKELIJKE PHILIPS N.V., PHILIPS NORTH AMERICA LLC, and PHILIPS RS NORTH AMERICA LLC,<br><br>        *Defendants.* | Case No. 1:21-cv-11017-DJC<br><br>**PLAINTIFFS' NOTICE OF MOTION TO CONSOLIDATE AND APPOINT INTERIM LEAD COUNSEL**<br><br><u>**ORAL ARGUMENT REQUESTED**</u> |
| GERRY SHELTON, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br><br>  v.<br><br>KONINKLIJKE PHILIPS N.V., PHILIPS NORTH AMERICA LLC, and PHILIPS RS NORTH AMERICA LLC,<br><br>        *Defendants.* | Case No. 1:21-cv-11076-DJC |
| BRENDA LINETTE GRIFFIN, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br><br>  v.<br><br>KONINKLIJKE PHILIPS N.V., PHILIPS NORTH AMERICA LLC, and PHILIPS RS NORTH AMERICA LLC,<br><br>        *Defendants.* | Case No. 1:21-cv-11077-DJC |
| CARLOS OLDIGS, on behalf of himself and all others similarly situated,<br><br>        *Plaintiff*,<br><br>  v.<br><br>PHILIPS NORTH AMERICA LLC, f/k/a Philips ELECTRONICS NORTH AMERICA CORPORATION, a Delaware corporation; KONINKLIJKE PHILIPS ELECTRONICS N.V., a foreign corporation; and DOES 1-50, | Case No. 1:21-cv-11078-DJC |

|  |  |
|---|---|
| *Defendants.* | |
| ROBERT J. SCHUCKIT, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br> v.<br><br>PHILIPS NORTH AMERICA, LLC, PHILIPS HEALTHCARE INFORMATICS, INC., RESPIRONICS, INC., and KONINKLIJKE PHILIPS ELECTRONICS N.V.,<br><br>    *Defendants.* | Case No. 1:21-cv-11088-DJC |
| PRINNA BOUDREAU, MARY CAMPBELL, RICARDO CAMPOS, JEFF ECK-LONDON, NORA FREEMAN, STEPHEN GRICE, BETH RODGERS, and MATTHEW SMITH, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br> v.<br><br>KONINKELIJKE PHILIPS N.V., PHILIPS NORTH AMERICA LLC, and PHILIPS RS NORTH AMERICA LLC,<br><br>    *Defendants.* | Case No. 1:21-cv-11095-DJC |
| MATTHEW HUFNUS, CHRISTOPHER LUDGATE, TONY SHAPIRO-BEY, and STEPHEN B. SMITH, and on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br> v.<br><br>KONINKELIJKE PHILIPS N.V., PHILIPS NORTH AMERICA LLC, and PHILIPS RS NORTH AMERICA LLC,<br><br>    *Defendants.* | Case No. 1:21-cv-11130-DJC |
| DIANA RAMIREZ, on behalf of herself and all others similarly situated,<br><br>    *Plaintiff,* | |

|   |   |
|---|---|
| v.<br><br>PHILIPS NORTH AMERICA, LLC; KONINKLIJKE PHILIPS N.V.; PHILIPS RS NORTH AMERICA, LLC; and DOES 1-100,<br><br>*Defendants.* | Case No. 1:21-cv-11132-DJC |

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, Plaintiffs Nick Manna, Prinna Boudreau, Mary Campbell, Ricardo Campos, Jeff Eck-London, Nora Freeman, Stephen Grice, Beth Rodgers, Matthew Smith, Matthew Hufnus, Christopher Ludgate, Tony Shapiro-Bey, and Stephen B. Smith (collectively, "Plaintiffs") respectfully move this Court for entry of an Order:

1. Consolidating *Shelton v. Koninklijke Philips N.V., et al.*, 1:21-cv-11076; *Griffin v. Koninklijke Philips N.V., et al.*, 1:21-cv-11077; *Oldigs v. Koninklijke Philips N.V., et al.,* 1:21-cv-11078; *Schuckit v. Koninklijke Philips N.V., et al.*, 1:21-cv-11088; *Boudreau, et al. v. Koninklijke Philips N.V., et al.*, 1:21-cv-11095; *Hufnus, et al. v. Koninklijke Philips N.V., et al.*, 1:21-cv-11130; and *Ramirez. v. Philips North America, LLC, et al.*, 1:21-cv-11132, with and into the action captioned *Manna, et al. v. Koninklijke Philips N.V., et al.*, 1:21-cv-11017-DJC;

2. Appointing Silver Golub & Teitell LLP and Scott+Scott Attorneys at Law LLP as Plaintiffs' Interim Co-Lead Counsel in the consolidated class action litigation; and

3. Granting such other and further relief as the Court deems just and proper.

In support of this motion, Plaintiffs submit an accompanying memorandum of law with supporting exhibits, and will rely on all papers and proceedings in the above-captioned actions.

DATED:   July 9, 2021          Respectfully submitted,

                                                  */s/ Joseph P. Guglielmo*
                                                  Joseph P. Guglielmo (BBO# 671410)
                                                  Erin G. Comite (*pro hac vice* forthcoming)
                                                  Alex Outwater (*pro hac vice* forthcoming)

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
aoutwater@scott-scott.com

Sean K. McElligott (Mass. BBO #651710)
David S. Golub (*pro hac vice* forthcoming)
Steven L. Bloch (*pro hac vice* forthcoming)
Ian W. Sloss (*pro hac vice* forthcoming)
Zachary A. Rynar (*pro hac vice* forthcoming)
**SILVER GOLUB & TEITELL LLP**
184 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
smcelligott@sgtlaw.com
rsilver@sgtlaw.com
sbloch@sgtlaw.com
isloss@sgtlaw.com
zrynar@sgtlaw.com

*Counsel for Plaintiffs*

4

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for Plaintiffs conferred with counsel for Defendants who stated that they do not oppose Plaintiffs' Motion for Consolidation.  The parties did not discuss appointment of Silver Golub & Teitell LLP and Scott+Scott LLP as Interim Co-Lead Counsel.

                                          */s/ Joseph P. Guglielmo*
                                          Joseph P. Guglielmo (BBO# 671410)

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, a true and correct copy of the foregoing document was served by email upon:

*Plaintiffs:*

**Daryl DeValerio Andrews**
Andrews DeValerio
P.O. Box 67101
Chestnut Hill, MA 02467
617-999-6473
Email: daryl@andrewsdevalerio.com

*Counsel for Carlos Oldigs (1:21-cv-11078-DJC)*

**John J. Roddy**
Bailey & Glasser LLP
176 Federal Street
5th Floor
Boston, MA 02110
617-439-6730
Fax: 617-951-3954
Email: jroddy@baileyglasser.com

**Elizabeth A. Ryan**
Bailey & Glasser LLP
176 Federal Street
5th Floor
Boston, MA 02110
617-439-6730
Fax: 617-951-3954
Email: eryan@baileyglasser.com

*Counsel for Robert J. Schuckit (1:21-cv-11088-DJC)*

**Jason M. Leviton**
Block & Leviton LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
617-398-5600
Fax: 617-507-6020
Email: jason@blockesq.com

*Counsel for Gerry Shelton (1:21-cv-11076-DJC) and Brenda Linette Griffin (1:21-cv-11077-DJC)*

**Randi A. Kassan**
Milberg Coleman Bryson Phillips Grossman, LLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530
516-741-5600
Fax: 516-741-0128
Email: rkassan@thesandersfirm.com

*Counsel for Diana Ramirez (1:21-cv-11132-DJC*)

***Defendants:***

**Daniel S. Savrin**
Morgan, Lewis & Bockius LLP
One Federal St.
Boston, MA 02110-1726
617-951-8674
Email: daniel.savrin@morganlewis.com

I also served the parties in the *Manna, Hufnus, and Boudreau* cases on July 9, 2021 by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo
